[No. 11984-0-III. Division Three. May 20, 1993.]

DARYL K. THOMPSON, *Appellant*, v. THE CITY OF SUNNYSIDE, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-2-00648-1, Michael W. Leavitt, J., entered September 6, 1992. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 11551-8-III. Division Three. May 20, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN L. LOEWEN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-1-00447-7, Carolyn A. Brown, J., entered March 22, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.

[No. 11830-4-III. Division Three. May 20, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD A. REECE, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 90-1-00053-4, John M. Lyden, J., entered August 30, 1991. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.